**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America | ) | Case No: 26 CR 21 |
| Plaintiff | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| | ) | |
| Magdaleno Perez-Mejia | ) | |
| Defendant | ) | |

## SEALED ORDER

Initial appearance and arraignment proceedings held on 2/10/2026. Spanish language interpreter present. The Government is represented by AUSA Brian Hayes. Pretrial Services Officer Danaysy Diaz is also present. Defendant Magdaleno Perez-Mejia advised of the charges and penalties available under the law and informed of his rights. The Government also advised that consular notification has already been provided. Attorney Kent Carlson appears as counsel. The Defendant acknowledges receipt of the Indictment, waives formal reading, and enters a plea of not guilty to the charges in the Indictment. The government further confirmed on the record that Mr. Perez-Mejia was arrested on 2/9/2026. The Government moves for detention based on a serious risk of flight. Defendant does not object to the Government's right to seek detention. Detention hearing is set for 2/13/26 at 10:30 before Judge Valdez in courtroom 1041. A status hearing is set for 3/19/26 at 10:30 a.m. before District Judge Perry in courtroom 1725. For the reasons stated on the record, the defendant is ordered detained pending further order of Court and remanded to the custody of the United States Marshal. Without objection, time is excluded from 2/10/26 through and including 3/19/26 under 18 U.S.C. § 3161(h)(7) to serve the ends of justice and to permit the parties to review discovery materials and allow the reasonable time necessary for effective preparation, with such delay outweighing the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case. The Defendant shall remain in federal custody and is remanded to the custody of the U.S. Marshal's Service until further order of Court.

(T:00:07)

Date: <u>February 10, 2026</u>

_____
Magistrate Judge Maria Valdez